# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| JERRY LYNN COX, | ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES |
|---|---|
| Plaintiff, | |
| V. | (Doc. 2) |
| CAROLYN W. COLVIN, acting as Commissioner of Social Security, | CASE NUMBER: 1:17-CV-356-GSA |
| Defendant. | |

Having considered the application to proceed without prepayment of fees under 28 USC § 1915;

IT IS ORDERED that the application is:

[X]  GRANTED

[X]  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ]  DENIED, for the following reasons:

ENTERED: March 13, 2017

/s/ Gary S. Austin
United States Magistrate Judge Gary S. Austin