Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Jerry Lynn Cox

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| JERRY LYNN COX, | Case No.: 1:17-cv-00356-GSA |
| Plaintiff, | JOINT MOTION AND ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

The parties, by and through their respective counsel, hereby move the Court to extend the time in which plaintiff must file his opening brief for a period of 90 days to March 6, 2018, and that all subsequent deadlines set forth in the court's scheduling order are extended accordingly.

-1-

| | |
|---|---|
| 1 | This is plaintiff's second request for an extension in this matter. Plaintiff |
| 2 | observes that the administrative record appears to be incomplete. The extension is |
| 3 | requested so that actions can be undertaken to complete the record before briefing |
| 4 | may proceed. The parties will work diligently to further investigate this matter, |
| 5 | and the parties will strive to begin briefing sooner than 90 days, but the request for |
| 6 | 90 days is made in the hopes of not troubling the court again with another |
| 7 | extension request for the purposes of completing the record. The parties |
| 8 | respectfully request that the court modify the scheduling order accordingly. |

DATE: December 6, 2017          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Young Cho*
_____
Young Cho
Attorney for plaintiff JERRY LYNN COX

Date: December 6, 2017          PHILLIP A. TALBERT
United States Attorney

BY:  /s/ *Margaret I. Branick-Abilla*
MARGARET I. BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant NANCY A.
BERRYHILL, Acting Commissioner of Social
Security (Per email authorization)

///
///
///
///
///

# ORDER

Plaintiff shall file her Opening Brief no later than **March 6, 2018**. Defendant shall file any Opposition within thirty (30) days after the filing of the Opening Brief. Any Reply shall be filed within fifteen (15) days of the Opposition.

IT IS SO ORDERED.

Dated: **December 11, 2017**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE