Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Jerry Lynn Cox

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| JERRY LYNN COX, | Case No.: 1:17-cv-00356-GSA |
| Plaintiff, | STIPULATION AND ORDER FOR DISMISSAL |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between Jerry Lynn Cox ("Plaintiff") and Nancy A. Berryhill as the Acting Commissioner of Social Security ("Defendant"), that this matter be dismissed with prejudice, each party to

-1-

bear its own fees, costs, and expenses. The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B).

DATE: March 7, 2018        Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Young Cho*
Young Cho
Attorney for plaintiff Jerry Lynn Cox

DATE: March 7, 2018        McGREGOR W. SCOTT
United States Attorney

/s/ *Margaret I. Branick-Abilla*

MARGARET I. BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant Nancy A. Berryhill,
Acting Commissioner of Social Security
(Per e-mail authorization)

**ORDER**

Based on the stipulation of the parties (Doc. 19), this case is dismissed pursuant to F.R.Civ. P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B). Each party is to bear their own fees, costs, and expenses. The clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **March 8, 2018**            **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE